THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:22-cv-00211-MR

| | |
|---|---|
| CHRISTOPHER A. CARPENTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LIFE INSURANCE COMPANY OF ) <br> NORTH AMERICA, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant Life Insurance Company of North America's motion for the admission of attorney Aaron E. Pohlmann as counsel *pro hac vice*. [Doc. 9]. Upon careful review and consideration, the Court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 9] is **ALLOWED**, and Aaron E. Pohlmann is hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**  Signed: November 28, 2022

Martin Reidinger
Chief United States District Judge